UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN GHOGOMU,

    Plaintiff,

          v.                         Case No. 2:21-cv-00264-MRH

VOLTUS, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff stipulates to the dismissal of this action, in its entirety and with prejudice.  Plaintiff waives any appellate rights he may have and the parties agrees that they will not seek an award of costs or fees from the Court related to this action.

| JUSTIN GHOGOMU | VOLTUS INC. |
|---|---|
| By his attorney | By its attorney |
| */s/ Michael J. Bruzzese* | */s/ Sarah B. Herlihy* |
| Michael J. Bruzzese | Sarah B. Herlihy |
| 220 Koppers Building | Jackson Lewis, P.C. |
| 436 Seventh Avenue | 75 Park Plaza, 4th Floor |
| Pittsburgh, PA 15219 | Boston, MA 02116 |
| (412) 281-8676 | (617) 367-0025 |
| mjb@mjblawoffice.com | Sarah.herlihy@jacksonlewis.com |

## ORDER

AND NOW, this _____ day of _____ 2022, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

_____
Mark R. Hornak
Chief United States District Court Judge

## CERTIFICATE OF SERVICE

This hereby certifies that on this 30th day of November, 2022, this document, filed through this Court's ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a paper and/or electronic copy shall be served on non-registered participants pursuant to applicable rules.

*/s/ Sarah B. Herlihy*
Jackson Lewis P.C.

4895-9062-1505, v. 1